AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
FEB 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN F HARRINGTON,
Plaintiff

V.

DEPARTMENT OF JUSTICE,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 0254

I, John F Harrington declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   EDGEFIELD FEDERAL CORRECTION INSTITUTE

    Are you employed at the institution?   YES   Do you receive any payment from the institution?   YES

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [X] Yes   [ ] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   $5.25 per Month   (Employed at Edgefield FCI)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

                                                Not applicable

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     [ ] Yes   [X] No
    b. Rent payments, interest or dividends              [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments    [ ] Yes   [X] No
    d. Disability or workers compensation payments       [ ] Yes   [X] No
    e. Gifts or inheritances                             [ ] Yes   [X] No
    f. Any other sources                                 [X] Yes   [ ] No

RECEIVED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Bi-weekly check from family - appx $100

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   Not applicable

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   Not applicable

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None.

I declare under penalty of perjury that the above information is true and correct.

1/27/06
Date

_____
Signature of Applicant