```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JOHN HARRINGTON, Pro Se,       )
  # 24499-086,                 )
  P.O. Box 725                 )
  Edgefield, SC 29824,         )
                               )
            Plaintiff,         )
                               )
            v.                 ) Civil No. 06-00254 PLF
                               )
U.S. DEPARTMENT OF JUSTICE,    )
  10th & Const. Ave., N.W.     )
  Washington, D.C. 20530,      )
                               )
            Defendant.         )
                               )
```

## ANSWER

Defendant United States Department of Justice, by its undersigned attorneys, hereby answers the Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Complaint is barred in whole or in part by the doctrine of res judicata.

### THIRD DEFENSE

In response to the numbered paragraphs of the Complaint, defendant admits, denies, or otherwise states as follows:

#### Jurisdiction

1.  This paragraph contains plaintiff's characterization of the case and conclusions of law, to which no answers are

required, but if answers are deemed necessary, deny.

## Parties

2. Deny.

3. Admit.

4. Admit.

## Facts

5. Admit that plaintiff submitted Freedom of Information Act requests to the U.S. Department of Justice's Executive Office for United States Attorneys [EOUSA] requesting all records on himself and Kenneth Roger Towne, and the Court is respectfully referred to a copy of those requests for a complete and accurate statement of their contents.

6. Admit that EOUSA created more than one file to address plaintiff's access requests.

7. Admit.

8. Admit that plaintiff filed an administrative appeal with the Office of Information and Privacy [OIP] regarding EOUSA's response concerning records on Mr. Towne, and the Court is respectfully referred to a copy of that appeal for a complete and accurate statement of its contents.

9. Admit that OIP responded to plaintiff's appeal, and the Court is respectfully referred to a copy of that response for a complete and accurate statement of its contents.

10. Admit.

11. Deny.

### Claims

12. Deny.

13. Deny.

Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the Complaint.

Defendant denies that plaintiff is entitled to the relief sought in the Complaint, or to any relief whatsoever.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Answer was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>Mr. John Harrington
>Reg. No. 24499-086
>P.O. Box 725
>Edgefield, SC 29824

on this _____ day of March, 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226