UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. HARRINGTON,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action No. 06-0254 (ESH) |

### ORDER

Having reviewed plaintiff's *pro se* Complaint and defendant's Answer, it is hereby

ORDERED that, within 60 days of entry of this Order, defendant shall file a dispositive motion.

SO ORDERED.

                                                                   s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

DATE:  March 17, 2006