UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON, Pro Se,        )
                                )
            Plaintiff,          )
                                )
            v.                  ) Civil No. 06-00254 ESH
                                )
U.S. DEPARTMENT OF JUSTICE,     )
                                )
            Defendant.          )
_____)

             DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

In this Freedom of Information Act case, defendant is currently trying to determine the extent to which plaintiff's request for records is res judicata due to prior litigation seeking access to the same records, which has required retrieving records from the Federal Records Center. Defendant also must resolve the question of fees and a fee waiver request recently made by plaintiff. Additionally, plaintiff's request for records to EOUSA also involves referrals sent to another agency, which also is trying to determine whether those records have previously been released to plaintiff. Accordingly, in order to allow defendant the time needed to resolve these issues, defendant requests an extension of time of thirty days in which to file a dispositive motion.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant

respectfully requests that this motion be granted.[1]

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

---

[1] Due to an administrative error, this motion was not filed earlier.  Defense counsel apologizes the delay in this filing.

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>  Mr. John Harrington
>  Reg. No. 24499-086
>  P.O. Box 725
>  Edgefield, SC 29824

on this _____ day of June, 2006.

>  MARINA UTGOFF BRASWELL, D.C. Bar #416587
>  Assistant United States Attorney
>  Judiciary Center Building
>  555 4th Street, N.W.
>  Washington, D.C. 20530
>  (202) 514-7226