```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON, Pro Se,      )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil No. 06-00254 ESH
                              )
U.S. DEPARTMENT OF JUSTICE,   )
                              )
          Defendant.          )
                              )
```

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

In this Freedom of Information Act case, plaintiff pro se, who is incarcerated, has moved to compel compliance with his request that defendant provide initial disclosures pursuant to Fed. R. Civ. P. 26(a).  However, Rule 26(a)(1) does not apply in this case.  Under Fed. R. Civ. P. 26(a)(1)(E)(iii), which pertains to "an action brought without counsel by a person in custody of the United States . . .," the proceeding is exempt from Rule 26(a)(1).

Accordingly, plaintiff's motion should be denied because defendant is under no obligation to comply with Fed. R. Civ. P. 26(a).

Plaintiff claims that he needs discovery to respond to defendant's anticipated dispositive motion.  This is mere speculation on his part.  If in fact after receiving defendant's motion plaintiff believes that he cannot respond to the motion without discovery, he may pursue his remedy under Fed. R. Civ. P. 56(f), and defendant will respond accordingly.

There simply is no basis for requiring defendant to comply with Rule 26(a)(1) in this case.

                    Respectfully submitted,

                    _____
                    KENNETH L. WAINSTEIN, D.C. BAR #451058
                    United States Attorney

                    _____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

                    _____
                    MARINA UTGOFF BRASWELL, DC BAR #416587
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    555 4th Street, N.W. - Civil Division
                    Washington, D.C. 20530
                    (202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying opposition to plaintiff's motion to compel was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

        Mr. John Harrington
        Reg. No. 24499-086
        P.O. Box 725
        Edgefield, SC 29824

on this _____ day of June, 2006.

        MARINA UTGOFF BRASWELL, D.C. Bar #416587
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON, Pro Se,            )
                                    )
            Plaintiff,              )
                                    )
    v.                              ) Civil No. 06-00254 ESH
                                    )
U.S. DEPARTMENT OF JUSTICE,         )
                                    )
            Defendant.              )
_____)

ORDER

Upon consideration of plaintiff's motion to compel discovery, defendant's responding opposition, and the entire record in this case, it is hereby

ORDERED that the motion be denied, as defendant is exempt from Fed. R. Civ. P. 26(a)(1) pursuant to the provisions of Fed. R. Civ. P.26(a)(1)(E)(iii).

_____
UNITED STATES DISTRICT JUDGE


Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530


Mr. John Harrington
Reg. No. 24499-086
P.O. Box 725
Edgefield, SC 29824