```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JOHN HARRINGTON, Pro Se,      )
                              )
            Plaintiff,        )
                              )
       v.                     )  Civil No. 06-00254 ESH
                              )
U.S. DEPARTMENT OF JUSTICE,   )
                              )
            Defendant.        )
_____)
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

In this Freedom of Information Act case, defendant moved for an extension of time previously to determine the extent to which plaintiff's request for records is <u>res judicata</u> due to prior litigation seeking access to the same records, which has required retrieving records from the Federal Records Center. That file has just been located and retrieved, and defense counsel must confer with agency counsel regarding this issue. Additionally, as explained in defendant's last motion, defendant also must resolve the question of fees and a fee waiver request recently made by plaintiff. One letter concerning fees was sent to plaintiff by EOUSA and plaintiff has until July 12th to respond. A second fee letter is expected to be sent shortly from DEA. Accordingly, in order to allow time for defendant to assess the fees associated with plaintiff's request and receive a response from plaintiff concerning those fees, and for defendant to compare the old litigation to the instant one to see if res judicata applies and prepare a dispositive motion, defendant

respectfully requests another extension of time to and including July 31, 2006. The need for this amount of time is compounded by the fact that defense counsel will be out of the country July 3-14, 2006, attending her daughter's graduation.

Plaintiff <u>pro se</u> prisoner is exempt from the requirement to confer on nondispositive motions. <u>Accord</u> Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, D.C. BAR #451058
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        _____
                        MARINA UTGOFF BRASWELL, DC BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226

CERTIFICATE OF SERVICE

    I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

        Mr. John Harrington
        Reg. No. 24499-086
        P.O. Box 725
        Edgefield, SC 29824

on this _____ day of June, 2006.

    MARINA UTGOFF BRASWELL, D.C. Bar #416587
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7226