UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. HARRINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action No. 06-0254 (ESH) |

### ORDER

Plaintiff brings this action pursuant to the Freedom of Information Act, *see* 5 U.S.C. § 552. He now seeks to compel discovery because he "anticipate[s] that [he] will be unable to properly respond to any dispositive motion" defendant may file. Motion to Compel Discovery, ¶ 3. Defendant's new deadline for filing a dispositive motion is July 31, 2006. *See* June 30, 2006 Minute Order. Plaintiff's request for discovery is premature, and his motion will be denied. In the event that defendant files a summary judgment motion, plaintiff may file a motion under Rule 56(f) of the Federal Rules of Civil Procedure if he determines that he must take discovery in order to prepare his opposition.

Accordingly, on consideration of plaintiff's motion and defendant's opposition, it is hereby

**ORDERED** that plaintiff's motion to compel discovery [#12] is **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: June 30, 2006