UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOHN HARRINGTON, Pro Se,       )
                               )
           Plaintiff,          )
                               )
     v.                        )  Civil No. 06-00254 ESH
                               )
U.S. DEPARTMENT OF JUSTICE,    )
                               )
           Defendant.          )
                               )
```

<u>DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME</u>

In this Freedom of Information Act case, defendant moved for an extension of time previously to determine the extent to which plaintiff's request for records is <u>res judicata</u> due to prior litigation seeking access to the same records, which required retrieving records from the Federal Records Center. Upon retrieval and review of that file, it appears that <u>res judicata</u> will not dispose of this case.

However, as mentioned in defendant's prior motion, defendant is trying to resolve thequestion of fees and a fee waiver request made by plaintiff, and resolution of this issue involves more than one component of the Department of Justice. Therefore, in order to allow time for defendant to completely resolve the issue of fees associated with plaintiff's request, and prepare a dispositive motion, defendant respectfully requests another extension of time to and including August 31, 2006. The need for this amount of time is compounded by the fact that defense counsel's son is scheduled for surgery in approximately ten days

and defense counsel will need to be out of the office for several days following this event to aid in his recuperation.

Plaintiff <u>pro se</u> prisoner is exempt from the requirement to confer on nondispositive motions. <u>Accord</u> Local Rule 7(m); Rule 16.3(b).

Accordingly, for the foregoing reasons, defendant respectfully requests that this motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>Mr. John Harrington
>Reg. No. 24499-086
>P.O. Box 725
>Edgefield, SC 29824

on this _____ day of July, 2006.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226