**RECEIVED**

NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HARRINGTON, plaintiff, <br><br> -v- <br><br> DEPARTMENT OF JUSTICE, Defendant. | Case No. 1:06-cv-0254-ESH <br><br><br> MOTION FOR AN ADDITIONAL EXTENSION OF TIME |

JOHN HARRINGTON, plaintiff herein, respectively moves this Honorable court for an order granting an additional extension of time to prepare an opposition to defendent's Rule 56(c) motion. As grounds therefore, the court is asked to consider the following:

**1.** Plaintiff, a federal prisoner, is proceeding in this FOIA/PA action unrepresented by an attorney.

MOTION FOR A
CONTINUANCE -01

**2.** Plaintiff is presently in the midst of a transfer from Edgefield FCI, South Carolina, to Sheridan Camp located in Oregon State and has been shipped seperate from the case materials. Access to these case materials is essential to the preparation of Plaintiff's opposition.

**3.** Most recently, on October 26, 2006, plaintiff has been transported by airlift from the Bureau of Prisons' Federal Transfer Center of Oklahoma City to Sheridan Federal Detention Center in Oregon. However, Sheridan FDC is a temporary holdover facility used to contain prisoners until bedspace becomes available at the main institution and therefore, plaintiff will not have access to his case materials until the transfer to the camp has been effected. Plaintiff has been advised that the interim period to complete this process is between 6 to 8 weeks.

**4.** Plaintiff has also been advised that pursuant to policy, only prisoners that have been designated to the holdover facility may have access to thier personal property. Plaintiff has been designated to the camp. Although plaintiff's property is presently being held within the Sheridan complex, in the absence of a court order to the contrary, he will not have access to his case materials until after the transfer from the holdover facility to the camp has been effected.

**5.** This court recently granted a 30 day extension of time to prepare plaintiff's opposition due to the difficulties associated with this transfer. It must be added that the court granted defendent three seperate 30 day extensions for reasons less compelling than those presented here.

DATED this 31st day of October, 2006.

Respectfully submitted,

John Harrington
Plaintiff
Pro Se

MOTION FOR A
CONTINUANCE - 03

## CERTIFICATE OF SERVICE

I, John Harrington, do hereby certify under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746, that I caused to be served one (1) copy of this MOTION FOR AN ADDITIONAL EXTENSION OF TIME upon defendant Department of Justice's counsel by placing same in Sheridan FCI's Legal Mail System with prepaid First Class postage, addressed to:—

> MARINA UTGOFF BRASWELL
> Assistant U.S. Attorney – Civil Division
> 333 Constitution Avenue N.W.
> Washington D.C. 20001

EXECUTED this 31st day of October, 2006

_John Harrington_
JOHN HARRINGTON, Plaintiff

MOTION FOR A
CONTINUANCE – 04