UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN F. HARRINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0254 (ESH) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On August 31, 2006, defendant filed a motion to dismiss or, in the alternative, for summary judgment. On September 1, 2006, the Court issued an Order advising plaintiff, among other things, of his obligation to file an opposition or other response to the motion, and quoting the relevant portion of Rule 56 of the Federal Rules of Civil Procedure regarding the non-moving party's opposition to a summary judgment motion. Further, that Order expressly warned plaintiff that, if he failed to file his opposition by October 2, 2006, the Court would treat the motion as conceded. Plaintiff twice moved for extensions of time to file his opposition, and the Court granted both motions, most recently setting December 18, 2006 as plaintiff's filing deadline. Because plaintiff was transferred from a Bureau of Prisons facility in South Carolina to another facility in Oregon, the Clerk of Court mailed copies of the Court's Orders to both addresses. To date, plaintiff has neither filed an opposition nor requested additional time to do so.

Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. #17, 18] is **GRANTED AS CONCEDED**. It is further

**ORDERED** that the above-captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 9, 2007