UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN F. HARRINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0254 (ESH) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Although plaintiff's opposition is stamped "received" by the Clerk of Court on January 8, 2007, it appears that plaintiff mailed his opposition on December 15, 2006. The Court deems the opposition timely filed.

Accordingly, it is hereby

**ORDERED** that the January 9, 2007 Order granting as conceded defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. # 24] is **VACATED**; and it is further

**ORDERED** that defendant's reply, if any, shall be filed within 10 days of entry of this Order.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 11, 2007