```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON, Pro Se,      )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil No. 06-00254 ESH
                              )
U.S. DEPARTMENT OF JUSTICE,   )
                              )
          Defendant.          )
_____)
```

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendant requests an extension of time in which to reply to plaintiff's opposition to defendant's dispositive motion, received by defense counsel on January 16, 2007, when she returned to the office and received the filing by ECF. Since that time defense counsel has been in depositions almost every day. She also has had to be out of the office to accompany her 90-year old mother to a surgical appointment and to be with her post-surgery. She must be gone from the office tomorrow for the same care and will be in depositions on Thursday of this week. Next Tuesday she has a pretrial conference for a two-week trial set to begin February 20th.

Accordingly, defense counsel requests that defendant be given to February 8, 2007, in which to file defendant's reply in this case.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule

16.3(b).

For the foregoing reasons, defendant respectfully requests that this motion be granted.[1]

                              Respectfully submitted,

                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              _____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              _____
                              MARINA UTGOFF BRASWELL, DC BAR #416587
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              555 4th Street, N.W. - Civil Division
                              Washington, D.C. 20530
                              (202) 514-7226

---

[1] Due to an administrative error, this motion was not filed earlier. Defense counsel apologizes the delay in this filing.

CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>   Mr. John Harrington
>   Reg. No. 24499-086
>   Sheridan Satellite Camp
>   Post Office Box 6000
>   Sheridan OR 97378

on this _____ day of January, 2007.

>   MARINA UTGOFF BRASWELL, D.C. Bar #416587
>   Assistant United States Attorney
>   Judiciary Center Building
>   555 4th Street, N.W.
>   Washington, D.C. 20530
>   (202) 514-7226