```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JOHN HARRINGTON, Pro Se,       )
                               )
          Plaintiff,           )
                               )
          v.                   ) Civil No. 06-00254 ESH
                               )
U.S. DEPARTMENT OF JUSTICE,    )
                               )
          Defendant.           )
                               )
```

DEFENDANT'S MOTION FOR BRIEF FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendant requests a brief further extension of time, to February 12, 2007, in which to reply to plaintiff's opposition to defendant's dispositive motion. Defense counsel has been out of the office part of two days this week for medical appointments, including one in Annapolis for her mother's post-surgery follow-up care. This, along with a pretrial conference and depositions, has hampered her ability to complete defendant's reply in this case by the date due.

Accordingly, defense counsel requests that defendant be given to February 12, 2007, in which to file defendant's reply in this case.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule 16.3(b).

For the foregoing reasons, defendant respectfully requests that this motion be granted.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

> Mr. John Harrington
> Reg. No. 24499-086
> Sheridan Satellite Camp
> Post Office Box 6000
> Sheridan OR 97378

on this _____ day of February, 2007.

> MARINA UTGOFF BRASWELL, D.C. Bar #416587
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 514-7226