IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HARRINGTON,<br>      Plaintiff,<br><br>-v-<br><br>DEPARTMENT OF JUSTICE,<br>      Defendent. | )<br>)<br>) Case No. 1:06-cv-0254-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>) NOTICE OF ADDRESS CHANGE |

**RECEIVED**

FEB 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice is hereby given that plaintiff JOHN HARRINGTON's address has changed. The court and parties are respectfully requested to effect service and direct any future correspondence to--

JOHN HARRINGTON
Fed Reg No. 24499-086
Sheridan Satellite Camp
Post Office Box 6000
Sheridan, OR 97378

DATED this 16th day of November, 2006.

_____
JOHN HARRINGTON    Plaintiff

## CERTIFICATE OF SERVICE

I, John Harrington, do hereby certify under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that I caused to be served one(1) copy of this **NOTICE OF ADDRESS CHANGE** upon defendent Department of Justice by placing same in Sheridan Satellite Camp's Legal Mail System with Prepaid First Class postage, addressed to:

>       MARINA UTGOFF BRASWELL
> Assistant U.S. Attorney--Civil Division
>       555 Fourth Street, N.W.
>       Washington, D.C. 20530

EXECUTED this 16th day of November, 2006.

                          **JOHN HARRINGTON**   plaintiff