UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. HARRINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-0254 (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss [Dkt. #18] is **DENIED**, and that its motion for summary judgment [Dkt. # 17] is **GRANTED**. It is further

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                              /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: February 27, 2007