UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON, Pro Se,      )
                              )
            Plaintiff,        )
                              )
      v.                      ) Civil No. 06-00254 ESH
                              )
U.S. DEPARTMENT OF JUSTICE,   )
                              )
            Defendant.        )
_____)

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendant requests an extension of time, to April 12, 2007, in which to respond to plaintiff's motion for clarification [Docket No. 33] and motion for reconsideration [Docket No. 34]. Defense counsel has been out of the office recently due to illness and medical appointments and when here counsel was involved in responding to discovery issues in a putative Title VII class action suit, filing a reply brief in a First Amendment case she inherited from a departing colleague, and preparing for a motion's hearing in a lengthy complicated Freedom of Information Act suit. The foregoing has hampered defense counsel's ability to complete defendant's responses in this case by the dates due.

Accordingly, defense counsel requests that defendant be given to April 12, 2007, in which to file defendant's responses in this case.

Plaintiff pro se prisoner is exempt from the requirement to confer on nondispositive motions. Accord Local Rule 7(m); Rule

16.3(b).

For the foregoing reasons, defendant respectfully requests that this motion be granted.

           Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Motion for Enlargement of Time was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

> Mr. John Harrington
> Reg. No. 24499-086
> Sheridan Satellite Camp
> Post Office Box 6000
> Sheridan OR 97378

on this ___2d___ day of April, 2007.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226