UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN F. HARRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0254 (ESH) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

This matter is before the Court on plaintiff's "Motion for Clarification of the Summary Judgment Order" and "Motion for Relief from Judgment Under Rule 60(b)(3) or, in the Alternative, for Additional Findings and to Modify the Judgment Order, Rules 52(b) and 59(e)." The Court considers the motions together as a timely motion to alter or amend the February 27, 2007 Memorandum Opinion and Dismissal Order under Rule 59(e) of the Federal Rules of Civil Procedure.[1]

Motions under Rule 59(e) are disfavored, and relief under the rule is granted only when the moving party establishes extraordinary circumstances. *See Anyanwutaku v. Moore,* 151 F.3d 1053, 1057 (D.C. Cir. 1998) ("Rule 59(e) motions need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or

---

[1] According to the Certificates of Service, plaintiff placed his motions in the prison mail system on March 5 and 9, 2007. The Court deems the motions timely filed under Rule 59(e). *See Houston v. Lack*, 487 U.S. 266, 276 (1988) (notice of appeal filed when petitioner delivered it to prison authorities for forwarding to Clerk of Court).

the need to correct clear error or prevent manifest injustice"). Such a motion is not a second opportunity to present arguments upon which the Court already has ruled, or to present arguments that could have been presented earlier. *See W.C. & A.N. Miller Co. v. United States,* 173 F.R.D. 1, 3 (D.D.C. 1997), *aff'd sub nom. Hicks v. United States,* No. 99-5010, 1999 WL 414253 (D.C. Cir. May 17, 1999). Having reviewed plaintiff's motions, defendant's opposition, and the record in this case, the Court finds no basis to grant the relief plaintiff now seeks.

Accordingly, it is hereby

**ORDERED** that plaintiff's "Motion for Clarification of the Summary Judgment Order" [Dkt. #33] and "Motion for Relief from Judgment Under Rule 60(b)(3) or, in the Alternative, for Additional Findings and to Modify the Judgment Order, Rules 52(b) and 59(e)" [Dkt. #34] are **DENIED**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 18, 2007