RECEIVED

MAY 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOHN HARRINGTON,  )
       Plaintiff,  )  Case No. 06-0254-ESH
                )
                )
     -v-       )
                )
                )
DEPARTMENT OF JUSTICE,  )
       Defendent.  )  **NOTICE OF APPEAL**

Notice is hereby given that JOHN HARRINGTON, plaintiff in the above entitled action, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order entered in this case on April 18, 2007.

Dated this 7th day
of May, 2007.

                                                JOHN HARRINGTON, Plaintiff