# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

__JOHN HARRINGTON__    USCA No. __07 - 5150__

v.

__U.S. DEPARTMENT OF JUSTICE__    USDC No. __06 - Cv—00254__

**ORIGINAL**

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __JOHN HARRINGTON__, declare that I am the
☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

( See attached )

Signature _[signed]_

Name of *Pro Se* Litigant (PRINT) __JOHN HARRINGTON  # 24499 - 086__

Address __Post Office Box 6000, Sheridan, OR 97378__

---

Submit original with a certificate of service to:

> Clerk of Court
> United States Court of Appeals
>   for the District of Columbia Circuit
> E. Barrett Prettyman U.S. Courthouse, Room 5423
> 333 Constitution Avenue, N.W.
> Washington, DC 20001

[USCADC Form 53 (Jul 2006)]    -2-

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JOHN HARRINGTON                                    USCA No. 07 - 5150

V.

U.S. DEPARTMENT OF JUSTICE                         USDC No. 06 -cv - 0254


## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____          Date: June 5, 2007

**My issues on appeal are:**

See attachment

[USCADC Form 53a (Rev. Jul 2006)]                -1-

The issues to be brought on appeal should include, but are not limited to, as follows:

1. Did the district court err by denying plaintiff's motion to clarify it's Final Order dismissing the FOIA/PA action for purposes of appellate review?

2. Did the district court err in deciding defendent's Rule 56 motion when it either failed to consider evidence submitted in opposition that was material to the issues, or by making credibility determinations and weighing the probative value of that evidence?

3. When deciding a Rule 56 motion in a FOIA/PA case on the basis that plaintiff did not pay fees, is it material that the fees were assessed after the FOIA/PA action was filed?

4. Is it material to a Rule 56 motion in a FOIA/PA case that is based on non-payment of fees, that plaintiff agreed in writing to pay the requested fees?

5. Is it material to a Rule 56 motion based on the non-payment of fees in a FOIA/PA case, that plaintiff administratively appealed the fee determinations to the OIP?

6. Is it material to a Rule 56 motion based on non-payment of fees in a FOIA/PA case, or under a Rule 59 motion, that the defendent agency in assessing fees did not comply with it's own regulations concerning reducing the fees and costs?

7. Did the district court err in it's dismissal of the entire FOIA action in a case where the grant of summary judgment was severable from other triable issues in the case?

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 2.40 | $ // | $ 2.40 | $ // |
| Self-employment | $ N/A | $ // | $ N/A | $ // |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $ N/A | $ // | $ N/A | $ // |
| Interest and dividends | $ N/A | $ // | $ N/A | $ // |
| Gifts | $ 250.00 | $ // | $ 250.00 | $ // |
| Alimony | $ N/A | $ // | $ N/A | $ // |
| Child support | $ N/A | $ // | $ N/A | $ // |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ // | $ N/A | $ // |
| Disability (such as social security, insurance payments) | $ N/A | $ // | $ N/A | $ // |
| Unemployment payments | $ N/A | $ // | $ N/A | $ // |
| Public-assistance (such as welfare) | $ N/A | $ // | $ N/A | $ // |
| Other (specify): None | $ N/A | $ // | $ N/A | $ // |
| Total monthly income: | $ 252.00 | $ // | $ 252.00 | $ // |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Bureau of | Prisons | 1998 – Present | $2.40 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | Not Applicable | | |

4. How much cash do you and your spouse have? $ __125.00__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | // | $ // | $ // |
| N/A | // | $ // | $ // |
| N/A | // | $ // | $ // |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)     Other real estate (Value)     Motor vehicle #1 __N/A__ (Value)
_____ __N/A_____           Make & year: __N/A__
_____ __N/A_____           Model: __N/A__
_____ __N/A_____           Registration #. __N/A__

Motor vehicle #2 __N/A__ (Value)    Other Assets (Value)    Other Assets (Value)
Make & year: __N/A__                __n/A__                 __N/A__
Model: __N/A__                      __N/A__                 __N/A__
Registration #. __N/A__             __N/A__                 __N?A__

[USCADC Form 53a (Rev. Jul 2006)]          -3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0.00 | $ 0.00 |

Are real-estate taxes included?   [ ] Yes   [ ] No    N/A
Is property insurance included?   [ ] Yes   [ ] No

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ 0.00 |

[USCADC Form 53a (Rev. Jul 2006)]                -4-

|  | You | Spouse |
|---|---|---|
| Food | $ 200.00 | $ // |
| Clothing | $ 0.00 | $ // |
| Laundry and dry-cleaning | $ 5.00 | $ // |
| Medical and dental expenses | $ 2.00 | $ // |
| Transportation (not including motor vehicle payments) | $ 0.00 | $ // |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ // |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0.00 | $ // |
|    Homeowner's or renter's | $ 0.00 | $ // |
|    Life | $ 0.00 | $ // |
|    Health | $ 2.00 | $ // |
|    Motor Vehicle | $ 0.00 | $ // |
|    Other: _____ | $ 0.00 | $ // |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0.00 | $ // |
| Installment payments | $ 0.00 | $ // |
|    Motor Vehicle | $ 0.00 | $ // |
|    Credit card (name): _____ | $ 0.00 | $ // |
|    Department store (name): _____ | $ 0.00 | $ // |
|    Other: _____ | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ // |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ // |
| Other (specify): _____ | $ 0.00 | $ // |
| Total monthly expenses: | $ 205.00+ | $ // |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [ ] Yes    [x] No

If yes, describe on an attached sheet.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [x] No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____N/A_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [x] No

If yes, how much? $ ___N/A___

If yes, state the person's name, address, and telephone number:

_____
_____
_____N/A_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.    I am a federal prisoner. The Bureau of Prisons does not provide for hygene items, over the counter medications, and charges fees for medical care. Food that is provided must also be supplemented; and phone calls run $30 - 50 per month.

14. State the address of your legal residence.
   __Post Office Box 6000_____
   __Sheridan Oregon 97378_____
   _____

Your daytime phone number: (____) __Outgoing only__
Your age: __41__  Your years of schooling: __12_____
Your social-security number:

[USCADC Form 53a (Rev. Jul 2006)]                -6-

## Deposits

[ PRINT ]

| Inmate Reg #: | 24429086 | Current Institution: | Sheridan FCI |
| --- | --- | --- | --- |
| Inmate Name: | HARRINGTON, JOHN | Housing Unit: | SHE-I-C |
| Report Date: | 6/7/2007 | Living Quarters: | L03-... |
| Report Time: | 2:38:41 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 6/7/2007 2:32:53 PM | SHE1075 | Payroll - IPP | $2.28 | GIPP0507 | | $2.68 |
| 5/31/2007 5:05:20 PM | TP_PHONE | Phone Withdrawal | ($6.00) | TFN0531 | | $0.40 |
| 5/30/2007 6:37:09 PM | SHE1106 | Sales | ($4.20) | 81 | | $6.40 |
| 5/30/2007 6:36:16 PM | SHE1106 | Sales | ($42.45) | 80 | | $10.60 |
| 5/28/2007 11:39:07 AM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0528 | | $53.05 |
| 5/25/2007 4:59:03 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0525 | | $57.05 |
| 5/23/2007 6:50:33 PM | SHE1106 | Sales | ($71.85) | 70 | | $60.05 |
| 5/22/2007 5:04:26 AM | AMSERVICE | Western Union | $130.00 | 33316707 | | $131.90 |
| 5/17/2007 4:53:03 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0517 | | $1.90 |
| 5/16/2007 6:39:33 PM | SHE1106 | Sales | ($35.75) | 94 | | $5.90 |
| 5/12/2007 4:51:54 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0512 | | $41.65 |
| 5/10/2007 4:48:11 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0510 | | $44.65 |
| 5/9/2007 6:32:46 PM | SHE1106 | Sales | ($98.15) | 83 | | $48.65 |
| 5/7/2007 4:03:53 PM | SHE1075 | Payroll - IPP | $2.04 | GIPP0407 | | $146.80 |
| 5/6/2007 7:03:14 PM | AMSERVICE | Western Union | $126.00 | 33315607 | | $144.76 |
| 5/6/2007 4:31:35 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0506 | | $18.76 |
| 5/3/2007 4:48:22 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0503 | | $21.76 |
| 5/2/2007 6:34:13 PM | SHE1106 | Sales | ($34.60) | 69 | | $25.76 |
| 4/29/2007 4:36:53 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0429 | | $60.36 |
| 4/26/2007 4:45:40 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0426 | | $63.36 |
| 4/25/2007 6:33:11 PM | SHE1106 | Sales | ($61.70) | 89 | | $66.36 |
| 4/22/2007 4:54:35 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0422 | | $128.06 |
| 4/21/2007 9:02:58 AM | AMSERVICE | Western Union | $126.00 | 33314507 | | $132.06 |
| 4/19/2007 5:14:05 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0419 | | $6.06 |
| 4/18/2007 6:42:05 PM | SHE1106 | Sales | ($46.95) | 91 | | $9.06 |
| 4/13/2007 4:36:11 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0413 | | $56.01 |
| 4/11/2007 6:51:31 PM | SHE1106 | Sales | ($69.65) | 99 | | $60.01 |
| 4/10/2007 12:19:03 PM | SHE1075 | Payroll - IPP | $2.64 | GIPP0307 | | $129.66 |
| 4/10/2007 5:04:36 AM | AMSERVICE | Western Union | $126.00 | 33313707 | | $127.02 |
| 4/8/2007 4:57:45 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0408 | | $1.02 |
| 4/5/2007 4:46:18 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0405 | | $4.02 |
| 4/4/2007 7:32:51 PM | SHE1106 | Sales | ($108.10) | 102 | | $8.02 |
| 4/1/2007 5:38:27 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0401 | | $116.12 |
| 3/29/2007 4:48:32 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0329 | | $119.12 |
| 3/25/2007 4:49:13 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0325 | | $122.12 |
| 3/25/2007 3:03:15 PM | AMSERVICE | Western Union | $126.00 | 33312607 | | $126.12 |
| 3/22/2007 6:53:18 PM | SHE1107 | Sales | ($5.95) | 104 | | $0.12 |
| 3/18/2007 4:55:41 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0318 | | $6.07 |
| 3/15/2007 6:22:40 PM | SHE1107 | Sales | ($119.35) | 94 | | $10.07 |
| 3/15/2007 4:42:39 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0315 | | $129.42 |
| 3/11/2007 4:38:39 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0311 | | $132.42 |
| 3/10/2007 5:03:26 AM | AMSERVICE | Western Union | $126.00 | 33311507 | | $136.42 |
| 3/9/2007 9:41:12 AM | SHE1075 | Payroll - IPP | $2.40 | GIPP0207 | | $10.42 |
| 3/8/2007 6:36:12 PM | SHE1107 | Sales | $6.80 | 100 | | $8.02 |
| 3/8/2007 6:35:40 PM | SHE1107 | Sales | ($42.60) | 99 | | $1.22 |
| 3/6/2007 7:38:50 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0306 | | $43.82 |
| 3/3/2007 4:48:08 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0303 | | $46.82 |
| 3/2/2007 4:50:58 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0302 | | $49.82 |
| 3/1/2007 6:49:11 PM | SHE1107 | Sales | ($69.65) | 84 | | $53.82 |
| 3/1/2007 4:46:33 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0301 | | $123.47 |

1 2 3

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## All Transactions

🖨 PRINT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 84098086 | Current Institution: | Sheridan FCI | |
| Inmate Name: | HARRINGTON, JOHN | Housing Unit: | SHE I R | |
| Report Date: | 6/07/2007 | Living Quarters: | H3s 71 | |
| Report Time: | 2:58:33 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/24/2007 5:03:13 AM | AMSERVICE | Western Union | $126.00 | 33310507 | | $127.47 |
| 2/22/2007 6:43:29 PM | SHE1107 | Sales | ($14.75) | 77 | | $1.47 |
| 2/18/2007 6:41:42 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0218 | | $16.22 |
| 2/18/2007 5:26:24 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0218 | | $19.22 |
| 2/15/2007 6:49:23 PM | SHE1107 | Sales | $6.80 | 94 | | $22.22 |
| 2/15/2007 6:47:57 PM | SHE1107 | Sales | ($122.20) | 93 | | $15.42 |
| 2/10/2007 6:31:27 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0210 | | $137.62 |
| 2/10/2007 11:04:13 AM | AMSERVICE | Western Union | $135.00 | 33309507 | | $141.62 |
| 2/8/2007 4:39:28 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0208 | | $6.62 |
| 2/8/2007 8:33:53 AM | SHE1075 | Payroll - IPP | $2.04 | GIPP0107 | | $9.62 |
| 2/1/2007 6:49:10 PM | SHE1107 | Sales | ($48.50) | 103 | | $7.58 |
| 2/1/2007 4:43:42 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0201 | | $56.08 |
| 1/25/2007 6:43:34 PM | SHE1107 | Sales | ($76.35) | 89 | | $60.08 |
| 1/25/2007 5:27:41 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN0125 | | $136.43 |
| 1/25/2007 9:05:15 AM | AMSERVICE | Western Union | $125.00 | 33308407 | | $143.43 |
| 1/20/2007 7:10:08 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0120 | | $18.43 |
| 1/18/2007 7:29:04 PM | SHE1106 | Sales | ($56.75) | 126 | | $21.43 |
| 1/18/2007 6:21:54 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0118 | | $78.18 |
| 1/17/2007 5:05:24 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0117 | | $81.18 |
| 1/11/2007 6:28:46 PM | SHE1107 | Sales | ($114.40) | 83 | | $84.18 |
| 1/10/2007 5:34:51 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN0110 | | $198.58 |
| 1/10/2007 9:37:08 AM | SHE1051 | Payroll - IPP | $2.40 | GIPP1206 | | $202.58 |
| 1/7/2007 7:04:36 PM | AMSERVICE | Western Union | $200.00 | 33307107 | | $200.18 |
| 1/4/2007 7:03:21 PM | SHE1106 | Sales | ($26.80) | 105 | | $0.18 |
| 12/31/2006 12:52:43 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN1231 | | $26.98 |
| 12/29/2006 11:30:40 AM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN1229 | | $30.98 |
| 12/26/2006 6:44:41 PM | SHE1235 | Sales | ($63.65) | 85 | | $34.98 |
| 12/24/2006 7:12:55 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN1224 | | $98.63 |
| 12/20/2006 5:32:18 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN1220 | | $102.63 |
| 12/19/2006 6:46:55 PM | SHE1235 | Sales | ($116.35) | 73 | | $109.63 |
| 12/18/2006 5:03:51 AM | AMSERVICE | Western Union | $225.00 | 33305607 | | $225.98 |
| 12/17/2006 7:04:24 PM | TP_PHONE | Phone Withdrawal | ($2.00) | TFN1217 | | $0.98 |
| 12/14/2006 5:39:34 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN1214 | | $2.98 |
| 12/12/2006 7:28:33 PM | SHE1106 | Sales | ($40.30) | 94 | | $5.98 |
| 12/10/2006 5:18:00 PM | TP_PHONE | Phone Withdrawal | ($1.00) | TFN1210 | | $46.28 |
| 12/7/2006 5:36:52 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN1207 | | $47.28 |
| 12/5/2006 7:23:25 PM | SHE1235 | Sales | ($81.00) | 100 | | $54.28 |
| 12/3/2006 6:52:26 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN1203 | | $135.28 |
| 11/30/2006 7:03:44 PM | AMSERVICE | Western Union | $125.00 | 33304407 | | $138.28 |
| 11/28/2006 7:02:01 PM | SHE1235 | Sales | ($39.05) | 95 | | $13.28 |
| 11/23/2006 6:53:43 PM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN1123 | | $52.33 |
| 11/22/2006 5:19:29 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN1122 | | $55.33 |
| 11/20/2006 6:21:54 PM | SHE1235 | Sales | ($76.75) | 51 | | $62.33 |
| 11/15/2006 8:17:35 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN1115 | | $139.08 |
| 11/14/2006 7:37:52 PM | SHE1107 | Sales | ($49.25) | 108 | | $146.08 |
| 11/13/2006 5:03:28 AM | AMSERVICE | Western Union | $125.00 | 33303107 | | $195.33 |
| 11/12/2006 5:49:41 PM | TP_PHONE | Phone Withdrawal | ($7.00) | TFN1112 | | $70.33 |
| 11/8/2006 5:52:59 PM | TP_PHONE | Phone Withdrawal | ($4.00) | TFN1108 | | $77.33 |
| 11/7/2006 9:19:09 AM | SHE1134 | Sales | ($22.75) | 35 | | $81.33 |
| 11/3/2006 5:58:41 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN1103 | | $104.08 |

1 2 3

## All Transactions

[PRINT]

| Inmate Reg #: | 94959986 | Current Institution: | Seagoville FCI |
| Inmate Name: | HARRINGTON, JOHN | Housing Unit: | SHE-L-C |
| Report Date: | 06/07/2007 | Living Quarters: | L03-2 |
| Report Time: | 3:58 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/1/2006 3:14:27 AM | Sentry | Transfer - In from TRUFACS | $1.80 | TX110106 | | $114.08 |
| 10/31/2006 10:05:45 AM | SHE1107 | Sales | ($119.90) | 62 | | $112.28 |
| 10/26/2006 3:20:51 AM | SENTRY | Transfer - In from TRUFACS | $232.18 | TX102606 | | $232.18 |

1 2 3