# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5150**  **September Term, 2006**

*06cv00254*

*Filed On:*

John F. Harrington,
    Appellant

v.

Department of Justice,
    Appellee

FILED
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 2 8 2007
CLERK

**ORDER**

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on June 14, 2007, it is

**ORDERED**, on the court's own motion, that appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk