Received
Mail Room

OCT - 3 2007

United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5150

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, John F. Harrington, # Reg. #24499-086, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER