# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5150**                              September Term, 2007

06cv00254

Filed On: February 26, 2008

[1100965]
John F. Harrington,
      Appellant

v.

Department of Justice,
      Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/16/08
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**  Randolph, Tatel, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The constructive exhaustion doctrine does not relieve appellant of his obligation to pay the required copying fees, see <u>Pollack v. Department of Justice</u>, 49 F.3d 115, 119-20 (4th Cir. 1995), and appellant has neither paid the required fees nor shown in his opposition any error in the fee assessment or in the dismissal without prejudice based on his non-payment of the required fees.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk